# IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

**ARTHUR JULIAN**

     **Plaintiff**

**Vs.**                                 **Case No.: CAL13-12189**

**P/O SCHWEINSBURG #3331, et. al.**

     **Defendants**

## MEMORANDUM AND ORDER OF COURT

In light of the Plaintiff's Motion to Defer Entry of Order of Dismissal, it is this 12th day of December, 2013 by the Circuit Court for Prince George's County, Maryland

**ORDERED**, that the Dismissal Hearing for December 13, 2013 is moved to January 17, 2014 at 9:00 a.m. before Judge Green; and it is further

**ORDERED**, the Dismissal of this Matter is Deferred until January 17, 2014.

_[signature]_

Leo E. Green, Jr.
Civil Coordinating Judge

Copies mailed by Court to:

George Harper, Esq.
olcaharper@aol.com

Paul Schweinsburg #3331
12415 Kinship Turn
Bowie, MD 20715

_[signature]_ 12/12/13

Lori Hester, Admin Aide to the
Honorable Leo E. Green, Jr.